UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE JAMES FLANDERS,

    Plaintiff,

vs.                                    Case No.:  4:20cv342-TKW-HTC

A CANNON and C ATKINS,

    Defendants.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 22).  No objections were filed.  Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that the Plaintiff has not alleged facts that would establish a Fourteenth Amendment claim independent from his Eighth Amendment claim.  Accordingly, it is **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Defendants' partial motion to dismiss (Doc. 20) is **GRANTED**, and the Fourteenth Amendment claims in the amended complaint are **DISMISSED**.

3. This case is recommitted to the magistrate judge for further proceedings on Plaintiff's remaining claims.

**DONE and ORDERED** this 29th day of March, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**